**IN THE UNITED STATES DISTRICT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **(1) William R. Sutton, Trustee of** | ) | |
| **The Ruth Sutton Trust UID dated 3/4/77,** | ) | |
| **And (2) William R. Sutton, individually,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 12-CV-49-TCK-TLW** |
| | ) | |
| **(1)American Family Life Assurance Company** | ) | |
| **Of Columbus (AFLAC), a foreign corporation** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, William R. Sutton, Trustee of The Ruth Sutton Trust UID dated 3/4/77 and individually, and American Family Life Assurance Company of Columbus (AFLAC), pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and jointly stipulate to the Dismissal with Prejudice of the above-styled action.

1

Respectfully submitted,


s/ Carrie B. McNeer _____
Sean H. McKee, OBA no. 14277
smckee@bestsharp.com
Carrie B. McNeer, OBA no. 22235
cmcneer@bestsharp.com
BEST & SHARP
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa, OK 74103
Telephone: (918) 582-1234
Facsimile: (918) 585-9447
*Attorneys for Defendant*


-and-



s/James R. Hicks _____
James R. Hicks, OBA No.11345
3501 South Yale Avenue
Tulsa, Oklahoma   74135-8014
918-664-0800
jim@law-office.com
*Attorney for Plaintiff*